AO 241
(Rev. 01/15)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Massachusetts | |
|---|---|---|
| Name (under which you were convicted):<br>**Ashley Fernandes** | | Docket or Case No.: |
| Place of Confinement :<br>**MCI-Norfolk Prison,P.O.BOX 43<br>Norfolk,Mass 02056** | Prisoner No.:<br>**W101331** | |
| Petitioner (include the name under which you were convicted)<br>**Ashley Fernandes     Vs.** | Respondent (authorized person having custody of petitioner)<br>**Supt.NELSON ALVES** | |
| The Attorney General of the State of: **Massachusetts** | | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   **Essex County Superior Court**

   (b) Criminal docket or case number (if you know): **ESCR2008-00676.**

2. (a) Date of the judgment of conviction (if you know): **September 17.2012**

   (b) Date of sentencing: **September 17,2012**

3. Length of sentence: **Life without parole**

4. In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: **First Degree Murder**

   ~~**life withoutparole, Assault and Battery 30 months in jail.**~~

6. (a) What was your plea? (Check one)

   ☑ (1)  Not guilty          ☐ (3)  Nolo contendere (no contest)

   ☐ (2)  Guilty              ☐ (4)  Insanity plea

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?  <u>Plead not guilty to all charge</u> (s) and indictments.

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury     ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes     ☐ No

8.  Did you appeal from the judgment of conviction?

☑ Yes     ☐ No

9.  If you did appeal, answer the following:

(a) Name of court:  Highest State Supreme Judicial Court

(b) Docket or case number (if you know):  SJC-11732

(c) Result:  Convictions Affirmed

(d) Date of result (if you know):  July 6, 2020

(e) Citation to the case (if you know): _____

(f) Grounds raised:  1.]police seized camera by way of unlawful search; 2.]denial of an intoxication instruction was an error;3.]Article 36 of Vienna Convention;4.]Deprived of effective assistance of counsel; 5.]Reduction of conviction to murder in second degree is consonant with justice.

_____

_____

(g) Did you seek further review by a higher state court?     ☐ Yes     ☑ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

(4) Date of result (if you know): _____

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☑ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): No. 20-6343

(2) Result: Denied

_____

(3) Date of result (if you know): January 11/2021

(4) Citation to the case (if you know): Fernandes V. Mass., 141 S.Ct. 1111 (2021)

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: Essex Superior Court

(2) Docket or case number (if you know): ESCR2008-00676

(3) Date of filing (if you know): August 13, 2015

(4) Nature of the proceeding: Motions for new trial

(5) Grounds raised: 1.] Violation of Article 36 of Vienna Convention;
2.] Deprived of effective assistance of counsel

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☑ Yes   ☐ No

(7) Result: Denied

(8) Date of result (if you know): October 9, 2018

AO 241
(Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☑ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

AO 241
(Rev. 01/15)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: ☑ Yes   ☐ No

(2) Second petition: ☑ Yes   ☐ No

(3) Third petition: ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:  POLICE SEIZED CAMERA BY WAY OF UNLAWFUL SEARCH

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

To establish probable cause to seize and search a particular item pursuant to a warrant, police must demonstrate a substantial basis for concluding that the item sought is related to the criminal activity under investigation. No such basis was established for the search and seizure of defendant's digital camera so motion to suppress was wrongly denied.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(c)   **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____


(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____


(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

GROUND TWO:   DENIAL OF INTOXICATION INSTRUCTION WAS ERROR

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

A jury instruction on the relationship between intoxication and the elements of murder is required when there is evidence introduced at trial of debilitating intoxication. In this case, the jurors heard the defendant's own statements that he had been drinking for three days straight at the time of the homicide as well as additional evidence of his alcoholism.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)   **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241
(Rev. 01/15)

Page 9

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?                              ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?                         ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:**   VIOLATION OF RIGHTS UNDER ARTICLE 36 OF VIENNA
CONVENTION FOR FOREIGN NATIONAL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The defendant a foreign national. Under Article 36 of the
Vienna Convention a foreign national who is arrested must be
informed that his consulate will be notified of his arrest. At no
time following his arrest was he notified by law enforcement
of his right to have the consulate of India apprised of his
arrest. The error was prejudicial in the circumstances of this
case because its effect was to deprive him of counsel of his
choice and conflict free counsel.

AO 241
(Rev. 01/15)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

_____

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☑ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   NEW TRIAL MOTION

Name and location of the court where the motion or petition was filed:   ESSEX SUPERIOR COURT

Docket or case number (if you know):   ESCR2008-00676

Date of the court's decision:   October 9, 2018

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?      ☑ Yes      ☐ No

(4) Did you appeal from the denial of your motion or petition?      ☑ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ☑ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   State Highest Supreme Judicial Court of Massachusetts

Docket or case number (if you know):   SJC-11732

Date of the court's decision:   July 6, 2020

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241
(Rev. 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:**     DEPRIVED OF EFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

        Before an unavailable witness's statements may be admitted
against a defendant under the doctrine of forfeiture by wrongdoi-
wrongdoing, the government must demonstrate that the defendant
acted with the motive to procure the witness's unavailability to
testify. When arguing this issue, defense counsel failed to
apprise the trial judge of available evidence that the deceased
was unwilling to testify regarding the previous accusation in
question and the defendant therefore had no motive to procure her
unavailability.

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

        (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)     **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☑ Yes     ☐ No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: New Trial Motion

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed: <u>ESSEX SUPERIOR Court</u>

Docket or case number (if you know): <u>ESCR 2008 - 00676</u>

Date of the court's decision: <u>October 9, 2018</u>

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ☑ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: <u>State Highest Supreme Judicial Court of Massachusetts</u>

Docket or case number (if you know): <u>SJC-11732</u>

Date of the court's decision: <u>July 6, 2020</u>

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

GROUND FIVE: THE REDUCTION OF CONVICTION TO SECOND DEGREE
MURDER WOULD HAVE BEEN CONSONANT WITH JUSTICE
DUE TO DEFENDANT BEING INTOXICATED AND OTHER
FACTORS.

The defendant requested the court to reduce his conviction
to second degree murder. He was severly intoxicated with
stress at the time of murder and since the trial court harmed
his chance of having the jurors return a lesser charge when
the court refused to give an instruction on intoxication
relevant to elements of murder.

The other factors that should have been consider was the
victim and defendant fell in love. The victim an active
alcoholic lost her job. The defendant came home early from
work and found his lover,the victim with another man having
sex.(Vol.8,Tr.35-36,178-179;Vol.6,Tr.72-73)

The victim cheated with other men and told defendant she
was going to have sex with another man in front of him.
(Vol.8,Tr.118-120)

The stress from the relationship caused the defendant to
spend the night in the Salem Hospital. He had been drinking
on Monday, Tuesday, and Wednesday,he became ill,unable to
work. On Thursday, April 3rd he went to the emergency room.
(Vol.8,Tr.95-96)

The defendant answered his lover's cellphone and an
unidentified man said "hello,sweetheart." All this love-hate
behavior of his lover pushed the defendant over the edge with
rage and mental stress causing him to murder his lover, the
victim which he regretted and he wandered around in a state
of shock with disbelief that he murdered his lover and when
he returned to reality he then confessed to the murder.

AO 241
(Rev. 01/15)

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☑ Yes   ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

(b)   Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☑ Yes   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available. United States Supreme Court
#20-6343, Petition For Certiorari, January 11, 2021,
Certiorari denied without review. See Fernandes V.
Massachusetts, 141 S. Ct. 1111 (2021) the
Petitioner Reserves the right to present issues
because he does not have copy of Certiorari Filed
by the Attorney.

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☐ Yes   ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

AO 241
(Rev. 01/15)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:   Attorney Lawrence J.McGuire-2008

(b) At arraignment and plea:   Attorney Aviva E.Jeruchim-2010
                               Attorney Jeffrey L.Baler-2012

(c) At trial:   Attorney Jeffrey L.Baler-2012

(d) At sentencing:   Attorney Jeffrey L.Baler-2012

(e) On appeal:   Attorney Leslie W.O'Brien
                 P.O.BOX 31
                 Pinehurst,Mass 01866,Tel:(781)756-0111
(f) In any post-conviction proceeding:
         Atty.Ruth Greenberg

(g) On appeal from any ruling against you in a post-conviction proceeding:   Atty.Leslie W.O'Brien


17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?     ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:


(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?     ☐ Yes   ☑ No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

On July 6,2020,SJC decision
On January 11,2021,U.S.Supreme Court decision
which makes this petition due before January 11,2022.

AO 241
(Rev. 01/15)

_____ ___   _____

_____   _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)       A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
          custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

          (A)       the date on which the judgment became final by the conclusion of direct review or the expiration
                    of the time for seeking such review;

          (B)       the date on which the impediment to filing an application created by State action in violation of
                    the Constitution or laws of the United States is removed, if the applicant was prevented from
                    filing by such state action;

          (C)       the date on which the constitutional right asserted was initially recognized by the Supreme Court,
                    if the right has been newly recognized by the Supreme Court and made retroactively applicable to
                    cases on collateral review; or

          (D)       the date on which the factual predicate of the claim or claims presented could have been
                    discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

(2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:   REMAND FOR REDUCE VERDICT OF SECOND DEGREE MURDER AND ORDER A NEW TRIAL, AND

or any other relief to which petitioner may be entitled.

_____N/A PRO-SE PETITIONER_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ - _____ (month, date, year).

Executed (signed) on _____ (date).

Ashley Fernandes#W101331
_____A.fdes_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____